# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE J. CRUZ PONCE, | Case No.  1:26-cv-02112-SKO-HC |
| Petitioner, | ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT [Doc. 6] |
| v. | |
| JEFF MACOMBBER, | ORDER SUBSTITUTING JEFF MACOMBER AS RESPONDENT IN THIS MATTER |
| Respondent. | |

On March 16, 2026, Petitioner filed a federal petition for writ of habeas corpus, naming the People of the State of California as Respondent ("CDCR").  On March 18, 2026, the Court advised Petitioner that he had failed to name a proper respondent.  Petitioner was granted leave to file a motion to amend to name a proper respondent.

On March 30, 2026, Petitioner filed a motion to amend the petition to name Jeff Macomber as Respondent in this matter.  Petitioner has named a proper respondent since Jeff Macomber is the Undersecretary of the California Department of Corrections and Rehabilitation and oversees the "day-to-day control" of petitioner.  Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///

///

///

1

**ORDER**

Based on the foregoing, Petitioner's motion to amend and name a proper respondent is GRANTED.  Jeff Macomber is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                         /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

2